Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kyle Cooper, et al., )
                                      Plaintiff(s), )  Case No: 3:16-cv-6355

v. )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
Pacific Gas and Elec. Co. Ret. Plan, )  (CIVIL LOCAL RULE 11-3)
                                      Defendant(s). )

I, Michael L. Junk, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the Defendants in the above-entitled action. My local co-counsel in this case is Rob Hulteng, of Littler Mendelson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1701 Pennsylvania Ave. NW<br>Washington, DC 20006 | 333 Bush Street, 34th Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 861-5430 | (415) 677-3131 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mjunk@groom.com | RHulteng@littler.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 47018.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/30/16                                                    Michael L. Junk
                                                               APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael L. Junk is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/16/2016

*Haywood S. Gilliam Jr.* (signature)
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE