Daniel Feinberg (SBN 135983)
Darin Ranahan (SBN 273532)
FEINBERG, JACKSON,
WORTHMAN & WASOW LLP
383 4th St., Suite 201
Oakland, CA  94607
Telephone: (510) 269-7998
Facsimile: (510) 269-7994
Email: dan@feinbergjackson.com
       darin@feinbergjackson.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KYLE COOPER, FREDERICK FLINT, S. JAMES QUAINTANCE, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC RETIREMENT PLAN and EMPLOYEE BENEFIT COMMITTEE OF THE PACIFIC GAS & ELECTRIC RETIREMENT PLAN,<br><br>Defendants. | Case No. 16-6355 WHA<br><br>**~~STIPULATION AND [PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, on December 19, 2016, lead counsel for Plaintiffs, Daniel Feinberg, broke his ankle in an accident;

WHEREAS, on December 29, 2016, this matter was reassigned to the Honorable William H. Alsup and a case management conference set for February 2, 2017 (ECF Nos. 20, 21);

WHEREAS, Mr. Feinberg received a leg cast on January 5, 2017, and will be in the cast until February 6, 2017, and is thus limited in both his mobility and his ability to wear court-appropriate attire until then;

WHEREAS, counsel for Defendants, Michael Junk, is located in Washington, D.C., but will be in court in the Northern District of California on February 23, 2017 for a 10 a.m. hearing

1  in front of the Honorable James Donato, and would thus be able to consolidate his trip for both

2  that hearing and the Case Management Conference in this matter if both are held on the same day;

3        WHEREAS, Northern District of California Local Rule 16-10(a) requires lead trial

4  counsel for each party to attend the initial Case Management Conference;

5        THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the

6  undersigned counsel on behalf of the respective Parties that the Case Management Conference in

7  this matter be continued from February 2, 2017 to February 23, 2017.

8                              Respectfully Submitted,

9  DATED:   January 11, 2017   FEINBERG, JACKSON,
10                              WORTHMAN & WASOW LLP

11                              By:   */s/* Darin Ranahan
                                  Darin Ranahan

12                              *Attorneys for Plaintiffs*

13  DATED:   January 11, 2017   GROOM LAW GROUP

14                              By:   */s/* Michael L. Junk
15                                    Michael L. Junk

16                              *Attorneys for Defendants*

17        Pursuant to the parties' Stipulation, the Court hereby continues the initial Case

18  Management Conference in this matter from February 2, 2017 to February 23, 2017, with a start

19  time of _11_ [a.m./~~p.m.~~].

20        IT IS SO ORDERED.

21

22  DATED:   January 12, 2017.   _____
                                  William H. Alsup
23                                    United States District Court Judge

24

25

26

27

28